State v. Ellerbe

---

APPEAL by plaintiff from *Crissman, Judge,* 3 June 1974 Session of Superior Court held in RANDOLPH County. Heard in the Court of Appeals on 18 November 1974.

This is an action for damages sustained by plaintiff when he fell into a well located on defendant's property. Defendant moved for a change of venue to Moore County pursuant to G.S. 1-83(2). Based upon affidavits and testimony given at a hearing, the trial court granted defendant's motion.

Plaintiff appealed.

*Ottway Burton, for plaintiff appellant.*

*Boyette and Boyette, by M. G. Boyette, Sr., for defendant appellee.*

---

STATE OF NORTH CAROLINA v. RALPH EDWARD ELLERBE

No. 7412SC827

(Filed 4 December 1974)

APPEAL by defendant from *Canaday, Judge,* 15 July 1974 Session of Superior Court held in CUMBERLAND County. Heard in the Court of Appeals on 21 November 1974.

Defendant, Ralph Edward Ellerbe, was charged in a bill of indictment, proper in form, with armed robbery. Upon the defendant's plea of not guilty, the State offered evidence tending to show the following:

On 2 August 1971 defendant and an accomplice entered a small grocery store and defendant produced a firearm that looked like a shotgun from under his coat. Gwen Black, co-owner of the store, was working as cashier at the time. As defendant held the gun on Mrs. Black, his accomplice took $402.00 belonging to Black's Supermarket from the cash drawer.

Defendant did not testify but offered the testimony of Anthony Calloway, who was identified as the accomplice by Mrs. Black. Calloway testified that he participated in the robbery of Black's Supermarket on 2 August 1971 but that the defendant did not participate in any way in this robbery.

From a verdict of guilty as charged and the entry of judgment imposing a prison sentence of fifteen (15) to twenty (20) years, defendant appealed.

*James H. Carson, Jr., Attorney General, by Assistant Attorney Claude W. Harris for the State.*

*Gadsden and Swindell by Mitchel E. Gadsden for defendant appellant.*

HEDRICK, Judge.

The record on appeal contains four assignments of error but none are brought forward and argued in the brief. Nevertheless, we have carefully reviewed the record and all the assignments of error and conclude that the defendant had a fair trial free from prejudicial error.

No error.

Judges BRITT and MARTIN concur.